IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTURO MERCADO, ET AL, | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION |
| | § | NO. 3:15-CV-3481-D |
| VS. | § | (ECF) |
| | § | |
| | § | |
| DALLAS COUNTY, TEXAS and | § | |
| LUPE VALDEZ, | § | |
|     Defendants. | § | |

**CERTIFICATE OF INTERESTED PERSONS OF DEFENDANTS
DALLAS COUNTY, TEXAS AND LUPE VALDEZ, SHERIFF
OF DALLAS COUNTY, TEXAS**

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW the Defendants, Dallas County, Texas and Lupe Valdez, Sheriff of Dallas County, Texas pursuant to Local Rule 3.1(f) and Local Rule 7.4 of the United States District Court for the Northern District of Texas, the undersigned, on behalf of the foregoing defendants hereby certifies that the following persons and entities have an interest in the outcome of the above-entitled and numbered suit:

**A.**     <u>**Parties**</u>

    <u>**Plaintiffs**</u>

1.     Arturo Mercado

2.     Pablo Carranza

3.     Sergio Diaz

4. Jose Galvan Resendiz

5. Heydy Jarquin Jimenez

6. Jose Lopez-Aranda

7. Moises Martinez

8. Javier Navarrete

9. Effren Perez Villegas

10. Miguel Rodriguez

11. Eleazar Saavedra

12. Andres Torres-Cabrera

13. Moises Vega Costilla

14. Mario Garibaldi

15. Rodolfo Marmolejo

16. Jose Gutierrez

   **Defendants**

17. Dallas County, Texas

18. Lupe Valdez

B. **Attorneys for Plaintiff**

1. Anthony Garza
   Charhon Callahan Robson & Garza PLLC
   3333 Lee Parkway, Ste. 460
   Dallas, TX  75219
   agarza@ccrglaw.com

2.  Eric Puente
    Raymond M. Hindeah
    Puente & Hindeah PLLC
    3300 Oaklawn Ave., Suite 401
    Dallas, TX  75219
    epuente@phflaw.com
    rhindieh@phflaw.com

C.  **Attorney for Defendants**

1.  Peter L. Harlan
    Texas Bar No. 09011300
    Dallas County Assistant District Attorney
    133 N. Riverfront Blvd., LB 19
    Dallas, TX  75207
    (214) 653-3691
    (214) 653-2899 Facsimile
    pharlan@dallascounty.org

    Attorney for Defendants
    Dallas County, Texas and Lupe Valdez

>   Respectfully submitted,
>
>   SUSAN HAWK
>   DALLAS COUNTY DISTRICT ATTORNEY
>
>   /s/ Peter L. Harlan _____
>   PETER L. HARLAN
>   ASSISTANT DISTRICT ATTORNEY
>   TEXAS BAR NO. 09011300
>   FRANK CROWLEY COURTS BUILDING
>   133 N. RIVERFRONT BLVD., LB 19
>   DALLAS, TEXAS 75207-4399
>   (214) 653-3691 (Telephone)
>   (214) 653-2899 (Facsimile)
>   pharlan@dallascounty.org
>
>   ATTORNEYS FOR DEFENDANTS
>   DALLAS COUNTY, TEXAS AND
>   DALLAS COUNTY SHERIFF'S DEPARTMENT

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that on December 18, 2015 I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court. The electronic case filing system will send a Notice of Electronic filing notification to all case participants registered for electronic notice including the following pro se parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Anthony Garza
Charhon Callahan Robson & Garza PLLC
3333 Lee Parkway, Ste. 460
Dallas, TX  75219

Eric Puente
Raymond M. Hindeah
Puente & Hindeah PLLC
3300 Oaklawn Ave., Suite 401
Dallas, TX  75219

/s/ Peter L. Harlan_____
PETER L. HARLAN