IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTURO MERCADO, et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 3:15-CV-3481-S |
| DALLAS COUNTY, TEXAS, | *(Consolidated with Civil Action* |
| *Defendant,* | *Nos.* 3:15-CV-4008-S |
| and | and 3:17-CW-201-S) |
| TEXAS, | |
| *Intervenor-Defendant.* | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Before the Court is Dallas County's Motion for Leave to Exceed Page Limits of its Brief in Support of Motion for Summary Judgment. The motion is meritorious and should be GRANTED.

It is therefore ORDERED that Dallas County's Motion for Leave to Exceed Page Limits is GRANTED.

It is further ORDERED that Dallas County is granted leave to file its Brief in Support of its Motion for Summary Judgment, not to exceed 65 pages in length.

SO ORDERED this _20th_ day of April, 2018.

_____
HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE