IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTURO MERCADO, et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 3:15-CV-3481-S |
| DALLAS COUNTY, TEXAS, | *(Consolidated with Civil Action* |
| *Defendant,* | *Nos.* 3:15-CV-4008-S and |
| and | 3:17-CV-201-S) |
| TEXAS, | |
| *Intervenor-Defendant.* | |

## ORDER

On this day, this Court considered Defendants Dallas County and Texas' motion for leave to file a supplemental appendix in support of their first motion for summary judgment. Plaintiffs' counsel is unopposed to this Court granting Defendants leave to file. Having considered Defendants' motion, along with the other pleadings filed herein, the Court is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Defendants' Motion for Leave to File a Supplemental Appendix to Defendants' Joint First Motion for Summary Judgment is GRANTED.

Dated this ___18th___ day of ___May___, 2018.

_____
THE HONORABLE KAREN GREN SCHOLER
UNITED STATES JUDGE